

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-15-00039-CV

Tracey **MURPHY**,
Appellant

v.

D'Ann **MAYFIELD**, et al.,
Appellees

Trial Court Nos. 10-07-00123-CV; 09-09-00128-CV & 09-05-0071-CV

### ORDER

      In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

      It is so **ORDERED** on March 4, 2015.

_Sandee Bryan Marion_, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

Keith E. Hottle, Clerk